**Barbara McClung KELLEY, Employee–Claimant,**

v.

**TRANS WORLD AIRLINES, Employer–Respondent.**

**No. 70067.**

Missouri Court of Appeals, Eastern District, Division Three.

Dec. 17, 1996.

Gumersell, Denk & Brinkman, Leonard L. Denk, St. Louis, for Appellant.

Holtkamp, Liese, Beckemeier & Childress, P.C., Todd D. Hilliker and David A. Feltz, St. Louis, for Respondent.

Before CRAHAN, P.J., and GRIMM and HOFF, JJ.

### ORDER

PER CURIAM.

This is an appeal from a decision by the Labor and Industrial Relations Commission denying a workers' compensation claim for permanent total disability.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).